UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Antonio Dean
                                 Plaintiff,

v.                                                  Case No.: 1:22–cv–02926
                                                           Honorable Sunil R. Harjani

EYM Pizza of Illinois, LLC, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the suggestion of bankruptcy filed on 7/29/28, Dean (22 cv 2926), Hearn (22cv2970) and Magnum (22cv6322) are subject to the automatic stay pursuant to 11 USC 362. As a result, the pending motions in Dean [27] and Hearn [33] are stricken without prejudice and with leave to refile if the matter proceeds. Status report with an update in the bankruptcy proceedings in all three cases is due by 10/15/2024. Telephone Conference set for 10/22/2024 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call–in number is (855) 244–8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.